STEPHEN F. BIEGENZAHN (State Bar No. 60584)
**LAW OFFICE OF STEPHEN F. BIEGENZAHN**
4300 Via Marisol, Suite 764
Los Angeles, California 90042-5079
Telephone: (213) 617-0017
Facsimile: (480) 247-5977
Email: Steve@SFBLaw.com

Counsel for Defendant

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: LA 08-17036-SB |
| **RAYMOND VARGAS**, an individual, | Chapter 7 |
| Debtor. | |
| _____ | |
| **RAYMOND VARGAS**, | Adv. No. 09-01135-SB |
| Plaintiff, | |
| vs. | **ANSWER TO COMPLAINT FOR DAMAGES FOR FRAUD, ABUSE OF PROCESS, QUIET TITLE, INJUNCTIVE RELIEF** |
| **FREEDOM HOME MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; and DOES 1 through 150, inclusive**, | |
| Defendants. | Date: [No Hearing Set] Time: Location: |

Freedom Home Mortgage Corporation, for itself and for no other defendant ("FHMC"), answers the Complaint For Damages [etc.] ("Complaint") filed by or on behalf of Raymond Vargas ("Plaintiff"):

1. Alleges that, as to any allegation or set of allegations denied for lack of information or belief, FHMC lacks sufficient information to enable it to admit the allegation[s], and based on that fact, denies the allegation[s].

2. Denies for lack of information or belief, the allegations contained in paragraphs 1 and 2 of the Complaint.

3. Admits the allegations contained in paragraph 3 of the Complaint.

4. Denies for lack of information or belief, the allegations contained in paragraphs 4 and 5 of the Complaint.

5. Admits the allegations contained in paragraphs 6 and 7 of the Complaint.

6. Denies for lack of information or belief, the allegations contained in paragraph 8 of the Complaint.

7. Admits the allegations contained in paragraph 9 of the Complaint.

8. Denies for lack of information or belief, the allegations contained in paragraphs 10 through 15, inclusive of the Complaint; and alleges, on information and belief, the naming of Doe defendants in the Complaint is procedurally and substantively improper.

9. Answering paragraph 16 of the Complaint, FHMC refers to and incorporates here by this reference, the allegations, admissions and denials made in paragraphs 1 through 8 inclusive above.

10. Denies the allegations contained in paragraph 17.

11. Denies for lack of information or belief, the allegations contained in paragraphs 18 through 24 of the Complaint.

12.     Denies the allegations contained in paragraph 25 of the Complaint.

13.     Answering paragraph 26 of the Complaint, FHMC refers to and incorporates here by this reference, the allegations, admissions and denials made in paragraphs 9 through 12 inclusive above.

14.     Denies for lack of information or belief, the allegations contained in paragraphs 27 through 45 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

15.     The Complaint fails to state facts sufficient to constitute a claim for relief against FHMC.

### SECOND AFFIRMATIVE DEFENSE

16.     Plaintiff is not the real party in interest; and has no standing to prosecute the Complaint.

### THIRD AFFIRMATIVE DEFENSE

17.     The Complaint is barred by the doctrine of judicial estoppel.

**WHEREFORE,** Defendant prays that Judgment be entered in its favor; and that the Complaint and each of its alleged causes of action be dismissed with prejudice.

Date:  March 13, 2009            LAW OFFICES OF STEPHEN F. BIEGENZAHN

By:_____/s/_____
Stephen F. Biegenzahn

**LAW OFFICES OF STEPHEN F. BIEGENZAHN**
4300 Via Marisol, Suite 764, Los Angeles, CA  90042-5079
Telephone: (213) 617-0017   Facsimile: (480) 247-5977

ANSWER TO COMPLAINT FOR DAMAGES

3

**VERIFICATION**

I, Daniel Hefferon, Vice-president of Freedom Home Mortgage Corporation, a defendant in the above-captioned adversary proceeding, have read the foregoing Answer and attest that the contents are true.

Executed March 12, 2009 at Mt. Laurel, New Jersey.

_____/s/_____
Daniel Hefferon

ANSWER TO COMPLAINT FOR DAMAGES

4

**PROOF OF SERVICE**

I, the undersigned declare and state that I am over the age of 18 years; my business address is 4300 Via Marisol, Suite 764, Los Angeles, California; and I am not a party to the instant action.

On March 13, 2009, I caused a copy of the **ANSWER TO COMPLAINT FOR DAMAGES** to be mailed to the defendant in the action by first class mail with postage prepaid, addressed as follows:

Law Offices of Marcus Gomez
Marcus Gomez, Esq.
12749 Norwalk Blvd., Suite 204-A
Norwalk, CA 90650

On March 13, 2009, I caused a copy of the **ANSWER TO COMPLAINT FOR DAMAGES** to be mailed to the chapter 7 trustee in the underlying bankruptcy case by first class mail with postage prepaid, addressed as follows:

John P. Pringle, Esq.
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040

Executed March 13, 2009 at Los Angeles, California.

I declare, under penalty of perjury that the foregoing is true and correct; and that, if called as a witness, I could and would testify competently thereto.

_____/s/_____
Stephen F. Biegenzahn