| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marcus Gomez, SBN 89698<br>Law Offices of Marcus Gomez<br>12749 Norwalk Boulevard, Suite 204-A<br>Norwalk, California 90650<br>Phone No.: (562) 929-2309<br>Facsimile No.: (562) 929-7409<br><br>*Attorney for Plaintiff* Raymond Vargas | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
Raymond Vargas

CHAPTER 7

CASE NUMBER LA08-17036-SB

ADVERSARY NUMBER 09-01135-SB

Debtor.

Raymond Vargas

Plaintiff(s),

vs.

Freedom Home Mortgage Corporation, Et al.

Defendant(s).

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

**SUMMONS AND NOTICE OF STATUS CONFERENCE**

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 5/29/09, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: JUL 14 2009    Time: 10:00    Courtroom: 1575    Floor: 15th

☒ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 4/28/09

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)

F 7004-1

| Summons and Notice of Status Conference - *Page 2* | | **F 7004-1** |
|---|---|---|
| In re<br>Raymond Vargas | (SHORT TITLE) | CASE NO.: LA08-17036-SB |
| | Debtor(s). | 09-01135-SB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 12749 Norwalk Boulevard, Suite 204a, Norwalk, California 90650

A true and correct copy of the foregoing document described as Summons and Notice of Status Conference will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/20/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/20/09 | Nicole E. Chavez | *Nicole E. Chavez* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                                                    **F 7004-1**

| Summons and Notice of Status Conference - *Page 3* | | **F 7004-1** |
|---|---|---|
| In re<br>Raymond Vargas | (SHORT TITLE)<br><br>Debtor(s). | CASE NO.: LA08-17036-SB<br><br>09-01135-SB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)

**F 7004-1**

# SERVICE LIST

UNITED STAETES TRUSTEE'S OFFICE
725 S. FIGUEROA STREET
16TH FLOOR
LOS ANGELES, CA 90012

CHAPTER 7 TRUSTEE
JOHN P. PRINGLE
6055 EAST WASHINGTON BOULEVARD
SUITE #608
LOS ANGELES, CA 90040

M.E.R.S.
c/o AL SEASTRAND
2216 16TH STREET
SACRAMENTO, CA 95818

FREEDOM HOME MORTGAGE INCORPORATION
c/o STEPHEN F. BIEGENZAHN, Esq.
4300 VIA MARISOL, STE 764
LOS ANGELES, CALIFORNIA 90042-5079