| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marcus Gomez SBN89698<br>Law office of Marcus Gomez<br>12749 Norwalk Blvd., Suite 204A<br>Norwalk, CA 90650<br>(562) 929-2309<br>(562) 864-5459 FAx<br><br>*Attorney for* Debtor/Plaintiff Raymond Vargas | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: RAYMOND VARGAS | CHAPTER 7 |
|---|---|
| | CASE NUMBER 09-01135SB |
| | DATE: 10/13/09 |
| | TIME: 10:00 A.M |
| Debtor. | COURTROOM: 1575 |

### NOTICE OF MOTION FOR:

> PLAINTIFF'S MOTION TO ADD THE CHAPTER 7 BANKRUPTCY ESTATE AND CHAPTER 7 TRUSTEE JOHN PRINGLE AS A PARTY PLAINTIFF; DECLARATION; MEMORANDUM OF POINTS AND AUTHORITIES

*(Specify name of Motion)*

1. TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: 10/13/09 | Time: 10:00 A.M. | Courtroom: 1575 | Floor: |
|---|---|---|---|
| ☒ **255 East Temple Street, Los Angeles** | | ☐ **411 West Fourth Street, Santa Ana** | |
| ☐ **21041 Burbank Boulevard, Woodland Hills** | | ☐ **1415 State Street, Santa Barbara** | |
| ☐ **3420 Twelfth Street, Riverside** | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 09/18/09

Law office of Marcus Gomez
*Law Firm Name*

By: _____

Name: Marcus Gomez
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Notice of Motion (with Hearing) - *Page 2*                                    **F 9013-1.1**

| In re  Raymond Vargas | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 09-01135SB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

12749 Norwalk Blvd., Suite 204A
Norwalk, CA 90650

A true and correct copy of the foregoing document described as  Plaintiff's Motion to Add the Chapter 7 Bankruptcy Estate and Chapter 7 Trustee John Pringle as a Party Plaintiff            will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  9/18/09                          I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/18/09 | Elizabeth Arreola | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9013-1.1**

Notice of Motion (with Hearing) - *Page 3*                                    **F 9013-1.1**

| In re  Raymond Vargas | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 09-01135SB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

UNITED STATES TRUSTEE'S OFFICE
725 S. FIGUEROA STREET
16TH FLOOR
LOS ANGELES, CA 90012

CHAPTER 7 TRUSTEE
JOHN P. PRINGLE
6055 EAST WASHINGTON BOULEVARD
SUITE #608
LOS ANGELES, CA 90040

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(M.E.R.S.)
1818 LIBRARY STREET
SUITE 300
RESTON, VA 20190-0000

FREEDOM HOME MORTGAGE INCORPORATION
c/o STEPHEN F. BIEGENZAHN, Esq.
4300 VIA MARISOL, STE 764
LOS ANGELES, CALIFORNIA 90042-5079

Brian M. Jazaeri
Morgan, Lewis & Bockius LLP
300 South Grand Avenue,
Twenty-Second Floor
Los Angeles, CA 90071-3132

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9013-1.1**

1  MARCUS GOMEZ, Esq., SBN 89698
   LAW OFFICE OF MARCUS GOMEZ
2  12749 NORWALK BOULEVARD
   SUITE 204-A, NORWALK, CALIFORNIA 90650
3  Phone No.: (562) 929-2309
   Fax No.: (562) 864-5459
4
   Attorney for Debtor/Plaintiff
5  Raymond Vargas

6              UNITED STATES BANKRUPTCY COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8

9   In Re:                              )   **Chapter 7 Case No.:  LA08-17036-SB**
                                        )
10  RAYMOND VARGAS, Debtor;             )   **Adversary No.: 09-01135-SB**
                                        )
11          Debtor,                     )   **PLAINTIFF'S MOTION TO ADD THE**
                                        )   **CHAPTER 7 BANKRUPTCY ESTATE**
12  RAYMOND VARGAS,                     )   **AND CHAPTER 7 TRUSTEE JOHN**
                                        )   **PRINGLE  AS A PARTY PLAINTIFF;**
13          Plaintiff,                  )   **DECLARATION; MEMORANDUM OF**
                                        )   **POINTS AND AUTHORITIES**
14          Vs.                         )
                                        )   DATE:      October 13, 2009
15  FREEDOM HOME MORTGAGE               )   TIME:      10:00 A.M.
    CORPORATION, MORTGAGE               )   CRTRM.     1575
16  ELECTRONIC REGISTRATION SYSTEMS,    )   LOCATION:  255 E. Temple Street, Los
    INC., and all persons claiming by, through, or )             Angeles, CA 90012
17  under such person, all persons unknown, )
    claiming any legal or equitable right, title, )
18  estate, lien, or interest in the property )
    described in the complaint adverse to )
19  Plaintiff's title thereto; and Does 1-150, )
    inclusive,                          )
20                                      )
                                        )
21          Defendants.                 )
                                        )
22  _____    )

23          **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

24                          **RELIEF SOUGHT**

25      The Debtor and Plaintiff, Raymond Vargas, hereby moves the court for an order

adding the  Chapter 7  Bankruptcy Estate and the Chapter 7 Trustee John Pringle as party

Plaintiff.

The grounds for this motion are that the Chapter 7 Bankruptcy Estate is a necessary party to the complaint. The complaint seeks relief and redress from Defendants based on causes of action for fraud, abuse of process and quiet title. Upon the filing of the Chapter 7 Bankruptcy case all property of the Debtor became property of the Chapter 7 Bankruptcy Estate. Therefore, the Chapter 7 Bankruptcy Estate must be a party to the action as Plaintiff. The absence of the proposed Plaintiff may preclude complete relief among those already parties and the proposed party will not be able to protect its interests in the subject matter of this action. The joinder or adding of the proposed party will not deprive this court of subject matter jurisdiction over this action.

This motion is based on these moving papers, the court file and such other evidence as the court may consider.

WHEREFORE  Plaintiff respectfully requests that the Chapter 7 Bankruptcy Estate and Chapter 7 Trustee John Pringle be added as a party Plaintiffs

Respectfully Submitted,

Date: 09|18|09

_____
Marcus Gomez, Attorney for Debtor
and Plaintiff Raymond Vargas and
Chapter 7 Bankruptcy Estate

## DECLARATION OF MARCUS GOMEZ

I, Marcus Gomez declare:

1.  I am an attorney at law duly licensed to practice in all the Courts of the State of California and the United States District Court, Central District of California.  If called as a witness I could and would competently testify thereto based on my personal knowledge.

2.  I represent the Debtor Raymond Vargas in his Chapter 7 Case Number LA08-17036-SB filed May 21, 2008.

3.  I filed adversary complaint case number 09-01135 on February 11, 2009 on behalf of Debtor Raymond Vargas.

4.  On June 08, 2009 I was approved as attorney for the Bankruptcy Estate in the prosecution of this adversary matter.

5.  The Chapter 7 Bankruptcy Estate is a proper and necessary party to the action since all of the Debtor's interests, legal and equitable in property, belong to the Chapter 7 Bankruptcy Estate

6.  The absence of the proposed Plaintiff may preclude complete relief among those already parties and the proposed party will not be able to protect its interests in the subject matter of this action.

7.  The joinder or adding of the proposed party will not deprive this court of subject matter jurisdiction over this action.

8.  The Estate should be joined as Plaintiff. The Chapter 7 Trustee is John Pringle.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct that this declaration was executed on September 18 , 2009 at Norwalk, California.

_____
MARCUS GOMEZ

## MEMORANDUM OF POINTS AND AUTHORITIES

1.        The Debtor's claims based on fraud, abuse of power and quiet title are property of the Chapter 7 Bankruptcy Estate.

The Debtor's adversary complaint has causes of action for fraud, abuse of process and quiet title.

On the filing of the petition, an estate is created under section 541 that comprises all of Petitioner's interests, legal and equitable, in property wherever located and by whomever held. 11 U.S.C. Section 541 (a) (6)

The Bankruptcy estate should be joined as a party Plaintiff.

2.        Joinder or adding of a party is provided for by Federal Rules of Civil Procedure Rules 19, 20 and 21 and Federal Rules of Bankruptcy Procedures, Rules 7019, 7020 and 7021

Dated: 09/18/09

_____
MARCUS GOMEZ
Attorney for Debtor/Plaintiff
Raymond Vargas

NOTICE OF HEARING- 4

1

## PROOF OF SERVICE-1013a, 2015.5 C.C.P.

2   STATE OF CALIFORNIA           }
                                   }§§
3   COUNTY OF LOS ANGELES         }

4

5       I am employed in the County of Los Angeles, State of California.   I am over the age of
    18 and not a party to the within action.  My business address is 12749 Norwalk Boulevard, Suite
6   204-A, Norwalk, California 90650.

7       On, September 18, 2009 I served upon all interested parties in this action the foregoing
    document(s) described as follows: **PLAINTIFF'S MOTION TO ADD THE CHAPTER 7
8   BANKRUPTCY ESTATE AND CHAPTER 7 TRUSTEE JOHN PRINGLE  AS A PARTY
    PLAINTIFF; DECLARATION; MEMORANDUM OF POINTS AND AUTHORITIES**

9
    ( X ) U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes
10  with postage thereon fully prepaid on the above date an placed for collection and mailing at my
    place of business to be deposited with the U.S. Postal Service at Norwalk, California on this
11  same date in the ordinary course of business.

12  SEE ATTACHED SERVICE LSIT

13  ( ) FACSIMILE TRANSMISSIONS: The correspondence or documents were placed for
    transmissions to _____in a facsimile transmission machine located in my employer's
14  office, and were transmitted to a facsimile machine maintained by the party or attorney to be
    served, on this same date in the of ordinary course of business.  The transmission was reported as
15  completed and without error, and a record of the transmission was property issued by the
    transmitting facsimile machine.
16

17

18      I declare under penalty of perjury, under the laws of the State of California, that the
    foregoing is true and correct and that this declaration is executed on September 18, 2009 at
19  Norwalk, California.

20

21

22  Elizabeth Arreola

23

24

25

1

<u>SERVICE LIST</u>

2

UNITED STATES TRUSTEE'S OFFICE
725 S. FIGUEROA STREET

3

16TH FLOOR
LOS ANGELES, CA 90012

4

5

CHAPTER 7 TRUSTEE

6

JOHN P. PRINGLE
6055 EAST WASHINGTON BOULEVARD

7

SUITE #608
LOS ANGELES, CA 90040

8

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

9

(M.E.R.S.)
1818 LIBRARY STREET

10

SUITE 300
RESTON, VA 20190-0000

11

12

FREEDOM HOME MORTGAGE INCORPORATION
c/o STEPHEN F. BIEGENZAHN, Esq.

13

4300 VIA MARISOL, STE 764
LOS ANGELES, CALIFORNIA 90042-5079

14

Brian M. Jazaeri

15

Morgan, Lewis & Bockius LLP
300 South Grand Avenue,

16

Twenty-Second Floor
Los Angeles, CA 90071-3132

17

18

19

20

21

22

23

24

25