| | |
|---|---|
| RICHARD W. ESTERKIN, State Bar No. 70769<br>BRIAN M. JAZAERI, State Bar No. 221144<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071<br>Tel: 213.612.2500<br>Fax: 213.612.2501<br><br>Attorneys for Defendant<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RAYMOND VARGAS, an individual<br><br>SSN xxx-xx-1938,<br><br>              Debtor, | Chapter Number 7 Case No. 2:08-bk-17036-SB<br>Adversary No. 2:09-ap-01135-SB<br><br>**DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED ADVERSARY COMPLAINT [Fed. Rule Civ. Proc. 12(b)(6)]**<br><br>[Memorandum of Points and Authorities, Request for Judicial Notice and Appendix of Other Authorities Concurrently filed herewith]<br><br>Judge: Hon. Samuel L. Bufford<br>Date: March 9, 2010<br>Time: 10:00 a.m.<br>Courtroom: 1575 |
| RAYMOND VARGAS, JOHN P PRINGLE, Chapter 7 Bankruptcy Trustee of RAYMOND VARGAS,<br><br>              Plaintiffs,<br>vs.<br><br>FREEDOM HOME MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and Does 1-150, inclusive,<br>              Defendants. | |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that, on March 9, 2010, at 10:00 a.m., or as soon thereafter as |
| 2 | this matter may be heard, in Courtroom 1575 of the United States Bankruptcy Court for the |
| 3 | Central District of California, 255 E. Temple Street, Los Angeles, California, 90012, the |
| 4 | Honorable Samuel L. Bufford presiding, Defendant Mortgage Electronic Registration Systems, |
| 5 | Inc. ("MERS") will move for an Order dismissing Debtor Raymond Vargas's ("Plaintiff") First |
| 6 | Amended Adversary Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) because it |
| 7 | fails to state a claim against MERS upon which relief can be granted. |

This Motion is brought on the grounds that Plaintiff has failed to state any viable claims for relief against MERS for multiple reasons. Plaintiff's allegation that MERS does not have standing to initiate foreclosure proceedings against Plaintiff is in direct opposition to the applicable federal and California authority specifically granting MERS with the statutory authority to initiate foreclosure proceedings. As a result, Plaintiff's claim for wrongful foreclosure against MERS for lack of standing fails as a matter of law. Similarly, Plaintiff's cause of action for declaratory and injunctive relief based on the same lack of standing argument fails for the reasons stated above. Plaintiff's claim for rescission also fails to the extent it is based on the same standing arguments and because Plaintiff has failed to tender the outstanding amounts due under the loan. Finally, Plaintiff's claim for libel fails because Plaintiff does not state with particularity any libelous statements by MERS and because the claim is further barred by the litigation privilege as outlined in California Civil Code section 47(b). Because Plaintiff cannot establish the essential elements of his claims against MERS as a matter of law, amending the complaint would be futile, and the Complaint should be dismissed with prejudice, without leave to amend. *Reddy v. Litton Indus.*, 912 F.2d 291, 296 (9th Cir. 1990).

The Motion will be based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion to Dismiss, MERS' Request for Judicial Notice In Support of its Motion to Dismiss, the Appendix of Other Authorities, such Reply papers as Defendant MERS may file, the Court's file in this case, and all other matters that may be judicially noticed or adduced at the hearing of this matter.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64396738.1

2

DEFENDANT MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.'S NOTICE OF
MOTION AND MOTION TO DISMISS

1     **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-

2 1(f), a written response to the Motion must be filed with the Bankruptcy Court and served on

3 MERS' counsel **at least fourteen (14) days before the March 9, 2010 hearing on this Motion.**

4 Dated: February 16, 2010          MORGAN, LEWIS & BOCKIUS LLP

6          By   /s/ Richard W. Esterkin
           Richard W. Esterkin
7            Brian M. Jazaeri
           *Attorneys for Defendant*
8            *Mortgage Electronic Registration Systems, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64396738.1          3          DEFENDANT MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.'S NOTICE OF
MOTION AND MOTION TO DISMISS

| In re: Raymond Vargas | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:08-bk-17036-SB<br>Adversary Number: 2:09-ap-01135-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, 22nd Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document described DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED ADVERSARY COMPLAINT [Fed. Rule Civ. Proc. 12(b)(6)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Stephen F Biegenzahn    efile@sfblaw.com
Richard W Esterkin    resterkin@morganlewis.com
Marcus Gomez    marcusgomez@verizon.net
Kristin R Lamar    kristin@doanlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February 16, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**VIA US MAIL**

Hon. Samuel L. Bufford
U.S. Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

Trustee
John P. Pringle
Roquemore, Pringle & Moore, Inc.
6055 East Washington Blvd., #500
Los Angeles, CA 90040

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2010 | Victoria L. Rader | /s/ Victoria L. Rader |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1