FILED & ENTERED

AUG 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

Marcus Gomez, Esq. (SBN 89698)
Law office of Marcus Gomez
12749 Norwalk Blvd., Suite 204A
Norwalk, California 90650
Telephone:    562.929.2309
Facsimile:    562.864.5459

Brett A Baer, Esq. (SBN 212992)
Doan Law Firm, LLP
2850 Pio Pico Vista Drive, Suite D
Carlsbad, CA 92008

Telephone: 760.450.3333
Facsimile:  760.720.6082

Attorneys for Plaintiffs
Raymond Vargas and John P Pringle

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RAYMOND VARGAS, an individual<br><br>SSN xxx-xx-1938<br><br>Debtor<br><br>RAYMOND VARGAS, JOHN P PRINGLE, Chapter 7 Bankruptcy Trustee of RAYMOND VARGAS<br>Plaintiffs,<br><br>vs.<br><br>FREEDOM HOME MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MONTE VISTA ESCROW, THOMAS MONTAGHAMI, and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, | **Chapter 7 Case No.: LA08-17036-SB**<br>**Adversary No.: 09-01135-SB**<br><br>**ORDER**<br><br>**MOTION FOR RELIEF FROM ORDER OF DISMISSAL**<br><br>Judge: Honorable Samuel L. Bufford<br>Date:  June 1, 2010<br>Time: 9:30 a.m.<br>Crtrm:1575 |

1
**ORDER**

| | |
|---|---|
| 1 | estate, lien, or interest in the property ) |
| 2 | described in the complaint adverse to ) Plaintiff's title thereto; and Does 1-150, ) |
| 3 | inclusive, ) ) |
| 4 | Defendants. ) ) |
| 5 | _____ ) |

The Motion of Plaintiff Raymond Vargas for an Order for Relief from the order of dismissal came on regularly for hearing on June 1, 2010, in Department 1575 of the above-entitled court, the Honorable Samuel L Bufford presiding.

The Court considered all the papers filed on behalf of the parties, as well as the arguments presented at the hearing, and good cause appearing,

IT IS HEREBY ORDERED as follows:

The Motion for Relief from Dismissal is GRANTED.

###

DATED: August 16, 2010

_____
United States Bankruptcy Judge

LAW OFFICE OF MARCUS GOMEZ
12749 Norwalk Blvd., Suite 204-A, Norwalk, California 90650
562.929.2309 telephone | 562.864.5459 facsimile

2
**ORDER**

| In re: Raymond Vargas | CHAPTER: 7 |
|---|---|
| | CASE NUMBER: 2:08-bk-17036-SB |
| Debtor(s). | Adversary Number: 2:09-ap-01135-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
12749 Norwalk Blvd., Suite 204A
Norwalk, CA 90650

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 26, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on____ _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

LAW OFFICE OF MARCUS GOMEZ
12749 Norwalk Blvd., Suite 204-A, Norwalk, California 90650
562.929.2309 telephone | 562.864.5459 facsimile

3
**ORDER**

Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/26/10 | Elizabeth Arreola | */s/ Elizabeth Arreola* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

LAW OFFICE OF MARCUS GOMEZ
12749 Norwalk Blvd., Suite 204-A, Norwalk, California 90650
562.929.2309 telephone | 562.864.5459 facsimile

**ADDITIONAL SERVICE INFORMATION** (if needed):

**All served via U.S. Mail**

HONORABLE SAMUEL L BUFFORD
255 EAST TEMPLE STREET, SUITE 1582
LOS ANGELES, CA 90012

UNITED STATES TRUSTEE'S OFFICE
725 S. FIGUEROA STREET
16TH FLOOR
LOS ANGELES, CA 90012

CHAPTER 7 TRUSTEE
JOHN P. PRINGLE
ROQUEMORE, PRINGLE & MOORE
6055 EAST WASHINGTON BOULEVARD
SUITE #500
LOS ANGELES, CA 90040

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(M.E.R.S.)
1818 LIBRARY STREET
SUITE 300
RESTON, VA 20190-0000

FREEDOM HOME MORTGAGE INCORPORATION
c/o STEPHEN F. BIEGENZAHN, Esq.
4300 VIA MARISOL, STE 764
LOS ANGELES, CALIFORNIA 90042-5079

Brian M. Jazaeri
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

| In re: Raymond Vargas | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-17036-SB<br>Adversary Number: 2:09-ap-01135-SB |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM DISMISSAL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 26, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

LAW OFFICE OF MARCUS GOMEZ
12749 Norwalk Blvd, Suite 204-A, Norwalk, California 90650
562.929.2309 telephone | 562.864.5459 facsimile

6
**ORDER**

☒ Service information continued on attached page

**III.** **<u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**SERVICE LIST**

**U.S Mail Notice**

CHAPTER 7 TRUSTEE
JOHN P. PRINGLE
ROQUEMORE, PRINGLE & MOORE
6055 EAST WASHINGTON BOULEVARD
SUITE #500
LOS ANGELES, CA 90040

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(M.E.R.S.)
1818 LIBRARY STREET
SUITE 300
RESTON, VA 20190-0000

FREEDOM HOME MORTGAGE INCORPORATION
c/o STEPHEN F. BIEGENZAHN, Esq.
4300 VIA MARISOL, STE 764
LOS ANGELES, CALIFORNIA 90042-5079

Brian M. Jazaeri
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

**Electronic Mail Notice:**

Stephen F Biegenzahn:efile@sfblaw.com

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

Richard W Esterkin: resterkin@morganlewis.com

Marcus Gomez: marcusgomez@verizon.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICE OF MARCUS GOMEZ
12749 Norwalk Blvd., Suite 204-A, Norwalk, California 90650
562.929.2309 telephone | 562.864.5459 facsimile

**ORDER**