| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Doan Law Firm, LLP<br>Brett A. Baer, SBN 212992<br>2850 Pio Pico Drive, Suite D<br>Carlsbad, CA 92008<br>(760) 450-3333<br>Fax: (760) 720-6082<br>baerb@doanlaw.com<br><br>Attorney for Raymond Vargas and John P. Pringle, Trustee | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Raymond Vargas, an individual<br><br>Debtor(s). | |
|---|---|
| Raymond Vargas, John P. Pringle, Chapter 7 Bankruptcy Trustee of Raymond Vargas<br>Plaintiff(s).<br><br>vs.<br><br>Freedom Home Mortgage Corporation, Mortgage Electronic Registration Systems, Inc., et al.<br>Defendant(s). | CHAPTER: 7<br>CASE NO.: LA08-17036-PC<br><br>ADVERSARY NO.: 09-01135-PC<br><br>DATE: 9/14/10<br>TIME: 09:30 a.m.<br>PLACE: 15th Floor, Room 1539 |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served? ☐ Yes ☒ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☐ Yes ☒ No

3. Have all motions addressed to the pleadings been resolved? ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (or on attached page):
MERS Answered; Freedom Home Answered; Mr. Montaghami Answered; Monte Vista Escrow has not been served; Plaintiff is applying for an order to serve; Informal discovery efforts are engaged.

*(Continued on next page)*

| Joint Status Report - *Page 2* | F 7016-1.1 |
|---|---|
| In re<br>Raymond Vargas, an individual | CHAPTER: 7<br>CASE NO.: LA08-17036-PC |
| Debtor(s). | ADVERSARY NO.: 09-01135-PC |

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   **Plaintiff**    **Defendant**

   April 2011    Montaghami: 9-13-2010

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   **Plaintiff**    **Defendant**

   Plaintiff anticipates discovery and dispositive motions    Montaghami:
   that will compete with a full court calendar.

3. When do you expect to complete <u>your</u> discovery efforts?

   **Plaintiff**    **Defendant**

   March 2011.    Montaghami: March 2011

4. What additional discovery do you require to prepare for trial?

   **Plaintiff**    **Defendant**

   Depends upon what develops.    Montaghami: unknown at this time

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

   **Plaintiff**    **Defendant**

   3-5 days.    Montaghami: 1 Day.

2. How many witnesses do you intend to call at trial (including opposing parties)?

   **Plaintiff**    **Defendant**

   Unknown at this time.    Montaghami: unknown at this time.

3. How many exhibits do you anticipate using at trial?

   **Plaintiff**    **Defendant**

   Unknown at this time.    Montaghami: unknown at this time

(Continued on next page)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    F 7016-1.1

| | |
|---|---|
| Joint Status Report - *Page 3* | **F 7016-1.1** |
| In re<br>Raymond Vargas, an individual | CHAPTER: 7<br>CASE NO.: LA08-17036-PC |
| Debtor(s). | ADVERSARY NO.: 09-01135-PC |

D. **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

**Plaintiff**

Pre-trial conference X (is)/ ___ (is not) requested.
Reasons: _____

**Defendant**

Pre-trial conference X (is)/ ___ (is not) requested.
Reasons: *possible dismissal of this defendant.*

**Plaintiff**

Pre-trial conference should be set after:

(date) 01/30/11

**Defendant**

Pre-trial conference should be set after:

(date) 1-30-11

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   None

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   **Plaintiff**             **Defendant**
   ☐ Yes  ☒ No              ☐ Yes  ☒ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

| Joint Status Report - *Page 4* | | **F 7016-1.1** |
|---|---|---|
| In re<br>Raymond Vargas, an individual | | CHAPTER: 7 |
| | | CASE NO.: LA08-17036-PC |
| | Debtor(s). | ADVERSARY NO.: 09-01135-PC |

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted.

Dated: 09/02/10                                Dated: 09/02/10

Doan Law Firm, LLP
*Firm Name*                                   *Firm Name*

By: _____              By: *Thomas Montaghami* (signature)

Name: Brett A. Baer, Esq.                     Name: Thomas Montaghami

Attorney for: Plaintiffs Vargas and Pringle, Trstee    Attorney for: Pro Per

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7016-1.1**

Joint Status Report - *Page 5*          **F 7016-1.1**

| In re | CHAPTER: 7 |
|---|---|
| Raymond Vargas, an individual | CASE NO.: LA08-17036-PC |
| Debtor(s). | ADVERSARY NO.: 09-01135-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as  Joint Status Report (Plaintiff & Montaghami) _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On  9/3/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/3/10 | Brett A. Baer | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                       **F 7016-1.1**

| Joint Status Report - *Page 6* | | F 7016-1.1 |
|---|---|---|
| In re<br><br>Raymond Vargas, John P. Pringle, Chapter 7 Bankruptcy Trustee of Raymond Vargas<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: LA08-17036-PC<br>ADVERSARY NO.: 09-01135-PC | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Raymond Vargas
13055 Destino Lane
Cerritos, CA 90703-8606

Marcus Gomez, Esq.
12749 S. Norwalk Blvd.
Suite 204A
Norwalk, CA 90650

Chapter 7 Trustee
John Pringle
6055 E. Washington Blvd., #500
Los Angeles, CA 90040

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Stephen F. Biegenzahn, Esq.
Law Office of Stephen F. Biegenzahn
4300 Via Marisol, Suite 764
Los Angeles, CA 90042-5079

Richard W. Esterkin, Esq.
Brian M. Jazaeri, Esq.
Morgan, Lewis & Bockius LLP
300 S. Grand Ave., 22nd Floor
Los Angeles, CA 90071

Thomas Montaghami
4625 W. Chapman Ave., Apt. #13
Orange, CA 92868

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1