Marcus Gomez, Esq. (SBN 89698)
Law office of Marcus Gomez
12749 Norwalk Blvd., Suite 204A
Norwalk, California 90650
Telephone:    562.929.2309
Facsimile:    562.864.5459

Attorney for Plaintiffs
Raymond Vargas and John P Pringle

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RAYMOND VARGAS, an individual<br><br>SSN xxx-xx-1938<br><br>Debtor | Chapter 7 Case No.: LA08-17036<br>Adversary No.: 09-01135<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF** |
| RAYMOND VARGAS, JOHN P PRINGLE, Chapter 7 Bankruptcy Trustee of RAYMOND VARGAS<br>Plaintiffs,<br><br>vs.<br><br>FREEDOM HOME MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MONTE VISTA ESCROW, THOMAS MONTAGHAMI, and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and Does 1-150, inclusive,<br>Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1    PLEASE TAKE NOTICE THAT Greifendorff Law Offices, PC has associated as counsel
2  for Plaintiff in the above-noted case. Plaintiff's previously designated attorney, Marcus Gomez,
3  shall remain lead counsel for Plaintiff.

4    All notices, court filings and correspondence are to be served on both counsel for Plaintiffs,
5  that being Marcus Gomez and now associated counsel, John L. Greifendorff, Esq., Greinfendorff
6  Law Offices, PC, 12644 Hoover Street, Garden Grove, CA 92841, Telephone Number: (714) 823-
7  2010, Facsimile: (714) 823-2015, Email: john@greifenlaw.com

8

9  Date: 3/22/11

10                                        MARCUS GOMEZ,
                                          Attorney for Plaintiff

LAW OFFICE OF MARCUS GOMEZ
12749 Norwalk Blvd., Suite 204-A, Norwalk, California 90650
562.929.2309 telephone | 562.864.5459 facsimile

NOTICE OF ASSOCATION OF COUNSEL

| In re: Raymon Vargas | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-17036-SB<br>Adversary Number: 2:09-ap-01135-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12749 Norwalk Blvd., Suite 204A
Norwalk, CA 90650

A true and correct copy of the foregoing document described **NOTICE OF ASSOCIATION OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>March 22, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

efile@sfblaw.com                   ustpregion16.la.ecf@usdoj.gov          meghan.sherrill@bryancave.com

katherine.windler@bryancave.com    resterkin@morganlewis.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>March 22, 2011</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/22/11 | Elizabeth Arreola | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                            F 9013-3.1

| | |
|---|---|
| In re: Raymon Vargas<br><br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 2:08-bk-17036-SB<br>Adversary Number: 2:09-ap-01135-SB |

## ADDITIONAL SERVICE INFORMATION (if needed):

HONORABLE PETER CARROLL
255 EAST TEMPLE STREET, SUITE 1534
LOS ANGELES, CA 90012

UNITED STATES TRUSTEE'S OFFICE
725 S. FIGUEROA STREET
16TH FLOOR
LOS ANGELES, CA 90012

CHAPTER 7 TRUSTEE
JOHN P. PRINGLE
ROQUEMORE, PRINGLE & MOORE
6055 EAST WASHINGTON BOULEVARD
SUITE #500
LOS ANGELES, CA 90040

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(M.E.R.S.)
1818 LIBRARY STREET
SUITE 300
RESTON, VA 20190-0000

STEPHEN F. BIEGENZAHN, Esq.
4300 VIA MARISOL, STE 764
LOS ANGELES, CALIFORNIA 90042-5079

BRIAN M. JAZAERI
MORGAN, LEWIS & BOCKIUS LLP
300 SOUTH GRAND AVENUE, 22nd FLOOR
LOS ANGELES, CA 90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1