RICHARD W. ESTERKIN, State Bar No. 70769
BRIAN M. JAZAERI, State Bar No. 221144
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendant
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**FILED & ENTERED**

**JUL 26 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egarcia    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RAYMOND VARGAS, an individual<br><br>SSN xxx-xx-1938,<br><br>         Debtor. | Case No. 2:08-bk-17036-PC<br><br>Chapter 7 |
| RAYMOND VARGAS, JOHN P PRINGLE, Chapter 7 Bankruptcy Trustee of RAYMOND VARGAS,<br><br>         Plaintiffs,<br><br>vs.<br><br>FREEDOM HOME MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al,<br><br>         Defendants. | Adv. Case No. 2:09-ap-01135-PC<br><br>**ORDER ON DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFF'S FIFTH, SIXTH AND EIGHTH CLAIMS FOR RELIEF**<br><br>Date: July 19, 2011<br>Time: 9:30 a.m.<br>Courtroom: 1539 |

The motion for a judgment on the pleadings as to Plaintiff's fifth, sixth and eighth claims for relief filed by Defendant Mortgage Electronic Registration Systems, Inc. (Docket No. 79) (the "Motion") came regularly on for hearing before the above-entitled court on July 19, 2011, at 9:30 a.m., the Honorable Peter H. Carroll, United States Bankruptcy Judge, presiding. Appearances of counsel were as noted in the record of the foregoing hearing.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

ORDER ON DEFENDANT MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS

The Court having considered the moving papers, *Plaintiffs' Response (Non-Opposition) to Defendant Mortgage Electronic Systems, Inc.'s Motion for Judgment on the Pleadings re Plaintiff's Fifth, Sixth and Eighth Claims for Relief* (Docket No. 83), the Court's file in this proceeding and the argument of counsel at the foregoing hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion be granted; and

2. Plaintiffs' fifth claim for relief for "Wrongful Foreclosure in a Non-Judicial Foreclosure Action (Cal. Civ. Code § 2924; Com. Code § 3502 as to MERS", sixth claim for relief for "Declaratory and Injunctive Relief Lack of Standing to Conduct a Non-Judicial Foreclosure Sale Cal Com Code 3301 as to MERS" and eighth claim for relief for "Libel" be dismissed with prejudice.

# # #

DATED: July 26, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, 22nd Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as ORDER ON DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFF'S FIFTH, SIXTH AND EIGHTH CLAIMS FOR RELIEF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *__Fill in Date Document is Filed__*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 22, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
VIA U.S. MAIL

| Stephen E. Biegenzahn, Esq.<br>611 W. 6th Street, Suite 850<br>Los Angeles, CA 90017-3015 | Marcus Gomez, Esq.<br>12749 Norwalk Boulevard, Suite 204A<br>Norwalk, CA 90650 |
|---|---|
| Honorable Peter Carroll<br>U.S. Bankruptcy Court, Suite 1534<br>255 East Temple Street<br>Los Angeles, CA 90012 | Office of The United States Trustee<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *__Fill in Date Document is Filed__*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2011 | Victoria L. Rader | /s/ Victoria L. Rader |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER ON DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFF'S FIFTH, SIXTH AND EIGHTH CLAIMS FOR RELIEF was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 22, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Stephen F Biegenzahn    efile@sfblaw.com
Richard W Esterkin    resterkin@morganlewis.com
Marcus Gomez    marcusgomez@verizon.net
Kristin R Lamar    kristin@doanlaw.com
John P Pringle    jpringle@ecf.epiqsystems.com, johnppringle@earthlink.net
Meghan C Sherrill    meghan.sherrill@bryancave.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Katherine M Windler    katherine.windler@bryancave.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**